**Fill in this information to identify your case:**

Debtor 1: **Richard E. Yunker**
Debtor 2 (Spouse, if filing): **Julia R. Yunker**

United States Bankruptcy Court for the: District of Massachusetts

Case number (if known): **20-10895**

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt      04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **190 Norfolk Ave. Swampscott, Ma** <br> Line from Schedule A/B: **1.1** | $ **476,179.00** | ☒ $ **$100,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **M.G.L. c. 188, s. 1** |
| Brief description: **2018 Dodge Durango** <br> Line from Schedule A/B: **3.1** | $ **25,300.00** | ☒ $ **0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **M.G.L. c. 235, s. 34(16)** |
| Brief description: **2016 Hyundai SF** <br> Line from Schedule A/B: **3.2** | $ **14,625.00** | ☒ $ **0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **M.G.L. c. 235, s. 34(16)** |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 1 of 2

Debtor 1  **Richard E. Yunker**
First Name / Middle Name / Last Name

Case number (if known) **20-10895**

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2015 Chevrolet <br> Line from Schedule A/B: 3.3 | $8,125.00 | ☒ $8,125.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | M.G.L. c. 235, s. 34(16) |
| Brief description: Household Goods <br> Line from Schedule A/B: 6 | $2,000.00 | ☒ $2,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | M.G.L. c. 235, s. 34(2) |
| Brief description: Computer, etc. <br> Line from Schedule A/B: 7 | $700.00 | ☒ $700.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | M.G.L. c. 235, s. 34(17) |
| Brief description: Books/Decor <br> Line from Schedule A/B: 8 | $250.00 | ☒ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | M.G.L. c. 235, s. 34(17) |
| Brief description: used handgun <br> Line from Schedule A/B: 10 | $600.00 | ☒ $600.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | M.G.L. c. 235, s. 34(17) |
| Brief description: Used Clothing <br> Line from Schedule A/B: 11 | $500.00 | ☒ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | M.G.L. c. 235, s. 34(1) |
| Brief description: Used Jewelry <br> Line from Schedule A/B: 12 | $200.00 | ☒ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | M.G.L. c. 235, s. 34(18) |
| Brief description: Cash <br> Line from Schedule A/B: 16 | $40.00 | ☒ $40.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | M.G.L. c. 235, s. 34(15) |
| Brief description: Checking <br> Line from Schedule A/B: 17.1, 17.2 | $0.00 | ☒ $1000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | M.G.L. c. 235, s. 34(15) |
| Brief description: Claim v. Chrysler Cap. <br> Line from Schedule A/B: 33 | $unknown | ☒ $10,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | M.G.L. c 235, s. 34(17) |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C   Schedule C: The Property You Claim as Exempt   page 2 of 2

[Print]  [Save As...]  [Add Attachment]  [Reset]

2

Fill in this information to identify your case:

Debtor 1: **Richard Yunker**
(First Name / Middle Name / Last Name)

Debtor 2: **Julia Yunker**
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of Massachusetts

Case number: **20-10895**
(If known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim (Do not deduct the value of collateral) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion If any |
|---|---|---|---|

**2.1 Wilmington Savings**
Creditor's Name
5 Commonwealth Rd.
Natick, MA 01760

Describe the property that secures the claim:
**190 Norfolk Ave. Swampscott, MA**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number **1502**

Column A: $410,279.07  Column B: $476,179  Column C: $0.00

**2.2 American Credit Acc.**
Creditor's Name
961 E. Main St.
Spartanburg, SC 20302

Describe the property that secures the claim:
**2018 Dodge**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number **3226**

Column A: $33,859.59  Column B: $25,300.00  Column C: 8,559.59

Add the dollar value of your entries in Column A on this page. Write that number here: **$444,138.66**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

Debtor 1  **Richard Yunker**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) **20-10895**

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.** Creditor's Name: **Wells Fargo**
Number Street: **PO Box 130000**
City: **Raleigh,** State: **NC** ZIP Code: **27605**

Describe the property that secures the claim:
**2016 Hyundai**

$21,577.56    $14,625.00    $6,952.56

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number **1194**

---

Creditor's Name: _____
Number Street: _____
City _____ State ____ ZIP Code ____

Describe the property that secures the claim:

$_____  $_____  $_____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name: _____
Number Street: _____
City _____ State ____ ZIP Code ____

Describe the property that secures the claim:

$_____  $_____  $_____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ **21,577.56**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $ **465,716.22**

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page **2** of **3**

Debtor 1  **Richard E. Yunker**
First Name   Middle Name   Last Name

Case number (if known) **20-10895**

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**2.1** FCI Lender Services, Inc,
Name

PO box 28720
Number   Street

Anaheim CA 92809
City   State   ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number **1502** __ __

Official Form 106D   Part 2 of Schedule D: Creditors Who Have Claims Secured by Property   page 3 of 3

**Fill in this information to identify your case:**

Debtor 1: Richard E. Yunker
Debtor 2 (Spouse, if filing): Julia R. Yunker

United States Bankruptcy Court for the: District of Massachusetts

Case number (If known): 20-10895

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☒ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Massachusetts Dept. Rev.** (Priority Creditor's Name)<br>**PO Box 9564** (Number Street)<br>**Boston, MA 02114** (City State ZIP Code)<br><br>Who incurred the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☒ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | Last 4 digits of account number **3226**<br>When was the debt incurred? **4/2019**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Type of PRIORITY unsecured claim:<br>☐ Domestic support obligations<br>☒ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | $132.25 | $98.57 | $33.68 |
| 2.2 | (Priority Creditor's Name)<br>(Number Street)<br>(City State ZIP Code)<br><br>Who incurred the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | Last 4 digits of account number ____<br>When was the debt incurred? _____<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Type of PRIORITY unsecured claim:<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | $ | $ | $ |

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 4

Debtor 1  **Richard E. Yunker**
First Name  Middle Name  Last Name

Case number (if known) **20-10895**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1** | **Ally Financial**
Nonpriority Creditor's Name
**500 Woodward Ave.**
Number  Street
**Detroit, MI 48226**
City  State  ZIP Code

Last 4 digits of account number **2522**
When was the debt incurred? **7/2018**

Total claim: **$12,042.60**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Auto Deficiency**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.2** | **Capital One Bank, N.A.**
Nonpriority Creditor's Name
**PO Box 71083**
Number  Street
**Charlotte, NC 28272**
City  State  ZIP Code

Last 4 digits of account number **9417**
When was the debt incurred? **7/2018**

$ **512.81**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.3** | **Credit One Bank, N.A.**
Nonpriority Creditor's Name
**PO Box 98873**
Number  Street
**Las Vegas, NV 89193**
City  State  ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____

$ **712.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page **2** of **4**

Debtor 1  Richard E. Yunker
         First Name   Middle Name   Last Name

Case number (if known) 20-10895

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.4**
Nonpriority Creditor's Name: **First Premier Bank**
Number Street: **PO Box 5524**
City State ZIP Code: **Sioux Falls, SD 57117**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

$ **472.00**

---

Nonpriority Creditor's Name: _____
Number Street: _____
City State ZIP Code: _____

Who incurred the debt? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

$ _____

---

Nonpriority Creditor's Name: _____
Number Street: _____
City State ZIP Code: _____

Who incurred the debt? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

$ _____

---

Debtor 1  Richard E. Yunker
          First Name   Middle Name   Last Name

Case number (if known) 20-10895

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | Total claim |
|---|---|
| 6a. Domestic support obligations | 6a. $ 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. $ 98.57 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. +$ 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. $ 98.57 |

**Total claims from Part 2**

| | Total claim |
|---|---|
| 6f. Student loans | 6f. $ 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. +$ 13,773.09 |
| 6j. Total. Add lines 6f through 6i. | 6j. $ 13,773.09 |

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 4 of 4

Fill in this information to identify your case:

Debtor: Richard E. Yunker
Debtor 2 (Spouse if filing): Julia R. Yunker

United States Bankruptcy Court for the: District of Massachusetts

Case number (if known): 20-10895

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name / Number Street / City State ZIP Code | |
| 2.2 | Name / Number Street / City State ZIP Code | |
| 2.3 | Name / Number Street / City State ZIP Code | |
| 2.4 | Name / Number Street / City State ZIP Code | |
| 2.5 | Name / Number Street / City State ZIP Code | |

Official Form 106G          Schedule G: Executory Contracts and Unexpired Leases          page 1 of 1

Fill in this information to identify your case:

Debtor 1  Richard E. Yunker
         First Name    Middle Name    Last Name

Debtor 2  Julia R. Yunker
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Massachusetts

Case number  20-10895
(If known)

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number    Street

   _____
   City    State    ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|---|
| | | Check all schedules that apply: |
| 3.1 | Name _____ | ☐ Schedule D, line _____ |
| | Number  Street _____ | ☐ Schedule E/F, line _____ |
| | City  State  ZIP Code _____ | ☐ Schedule G, line _____ |
| 3.2 | Name _____ | ☐ Schedule D, line _____ |
| | Number  Street _____ | ☐ Schedule E/F, line _____ |
| | City  State  ZIP Code _____ | ☐ Schedule G, line _____ |
| 3.3 | Name _____ | ☐ Schedule D, line _____ |
| | Number  Street _____ | ☐ Schedule E/F, line _____ |
| | City  State  ZIP Code _____ | ☐ Schedule G, line _____ |

Official Form 106H    Schedule H: Your Codebtors    page 1 of 1

Fill in this information to identify your case:

Debtor 1: Richard E. Yunker
Debtor 2 (Spouse, if filing): Julia R. Yunker

United States Bankruptcy Court for the: District of Massachusetts

Case number (If known): 20-10895

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | Emergency Medical Serv. | N/A |
| Employer's name | Town of Norfolk | |
| Employer's address | 117 Main Street<br>Norfolk, MA 02056 | |
| How long employed there? | 15 years | N/A |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 11,397.22 | $ 0.00 |
| 3. Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | 11,397.22 | $0.00 |

Official Form 106I    Schedule I: Your Income    page 1

Debtor 1  Richard E. Yunker  
First Name   Middle Name   Last Name

Case number (if known) 20-10895

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $11,397.22 | $0.00 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $1,633.09 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $767.23 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $991.76 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $232.15 | $0.00 |
| 5h. Other deductions. Specify: FSA | 5h. | +$259.63 | +$0.00 |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6.  $3,883.77   $0.00

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7.  $7,513.45   $0.00

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a.  $0.00   $0.00

   8b. Interest and dividends  8b.  $0.00   $0.00

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c.  $0.00   $512.50

   8d. Unemployment compensation  8d.  $0.00   $0.00

   8e. Social Security  8e.  $0.00   $939.00

   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____  8f.  $0.00   $0.00

   8g. Pension or retirement income  8g.  $0.00   $0.00

   8h. Other monthly income. Specify: _____  8h.  +$0.00   +$0.00

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.  $0.00   $0.00

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $7,513.45   $1,451.50 = $8,964.95

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____  11. + $0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies  12.  $8,964.95
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☒ No.
    ☐ Yes. Explain: _____

Official Form 106I   Schedule I: Your Income   page 2

Print    Save As...    Add Attachment    Reset