UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  RICHARD E. YUNKER                                    Chapter 13
        JULIA R. YUNKER                                       Case No: 20-10895-JEB

        Debtors.

NOTICE OF WITHDRAWAL OF
TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee, and withdraws her Objection to the Debtors' Claim of Exemptions filed on or about April 29, 2019 and for reasons states that the Debtors have filed an Amended Schedule C.

Dated: May 11, 2020

                                        Respectfully submitted,
                                        Carolyn A. Bankowski
                                        Standing Chapter 13 Trustee
                                        By:/s/ Carolyn A. Bankowski
                                        Carolyn A. Bankowski (BBO#631056)
                                        Patricia A. Remer (BBO#639594)
                                        Office of the Chapter 13 Trustee
                                        PO Box 8250
                                        Boston, MA  02114-0022
                                        (617) 723-1313
                                        13trustee@ch13boston.com

Certificate of Service

The undersigned hereby certify that a copy of the within Notice of Withdrawal by Chapter 13 Trustee of Objection to Debtors' Claim of Exemptions was served upon Debtors' counsel via first class mail, postage prepaid, or by electronic notice, at the address set forth below.

Dated: May 11, 2020

                                        /s/ Carolyn A. Bankowski

Colin Creager, Esquire
Law Office of Nicholas F. Ortiz, P.C.
99 High Street, Suite 304
Boston, MA 02110