Jack E. Bartnick

Dated: 2/16/2022

Withdrawn: the March 3, 2022 hearing is canceled.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| In Re: | : |
| RICHARD E. YUNKER | :    CASE NO. 20-10895 JEB |
| JULIA R. YUNKER | :    CHAPTER 13 |
| DEBTORS | : |
| | : |

## CERTIFICATE OF NON-COMPLIANCE

In support of this Certificate, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Wells Fargo") represents:

1.    On September 1, 2021, Wells Fargo filed a Motion for Relief from Stay relative to a 2016 Hyundai Santa-Fe, Vehicle Identification Number KM8SMDHF6GU133700, Document I.D. No. 131 (hereinafter the "Motion").

2.    As to the Motion, Santander and Richard E. Yunker and Julia R. Yunker, the debtors in possession, entered into a Stipulation for Relief from Automatic Stay which was approved by the court on October 13, 2021, Document I.D. No. 141.

3.    The Stipulation provides in part that the Debtors agree to cure the arrearages by making the following payments each month commencing on September 15, 2021 with the last payment being due February 15, 2022:

### Stipulation Payment Schedule

| Payment Due Date | Monthly Payment Amount | Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| September 15, 2021 | $573.68 | $1,120.40 | $1,694.08 |
| October 15, 2021 | $573.68 | $1,120.40 | $1,694.08 |
| November 15, 2021 | $573.68 | $1,120.40 | $1,694.08 |
| December 15, 2021 | $573.68 | $1,120.40 | $1,694.08 |